IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELGENE KENTAY PORTER, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    Case No. 3:14-mc-0735 |
| | ) |
| DEBRA JOHNSON, Warden, | )    Judge Campbell |
| | ) |
|     Respondent. | ) |

## ORDER

Petitioner Elgene Kentay Porter has attempted to pay the $5.00 filing fee associated with his petition for the writ of habeas corpus under 28 U.S.C. § 2254, but his payment was submitted in the form of a money order made out inappropriately to "Federal Habeas" instead of to "Clerk, U.S. District Court." This is the second time Mr. Porter has submitted payment to the wrong payee. Both payments have been returned to him with a letter from the Clerk's Office notifying him that the payment must be made payable to"Clerk, U.S. District Court."

The Court again **DIRECTS** Mr. Porter to resubmit his money order or other form of payment made payable to the order of "**Clerk, U.S. District Court**." It should **NOT** be made out to "Federal Habeas," or to the undersigned, or to any other person or entity.

The petitioner is notified that he must resubmit his payment to the Clerk, U.S. District Court, within **14 days** of his receipt of this order. The plaintiff's submission must include the temporary docket number assigned to this case (3:14-mc-0735).

The petitioner is forewarned that failure to comply with the Court's instructions this time will result in dismissal of this action for want of prosecution. Fed. R. Civ. P. 41(b).

It is so **ORDERED**.

*[signature: Todd Campbell]*
Todd Campbell
United States District Judge